IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHNNY BANKS**                                                                               **PLAINTIFF**

**v.**                       **CASE NO. 4:18-CV-00259 BSM**

**SHELBY HAWKINS, individually and in his official
capacity; CITY OF SHANNON HILLS**                         **DEFENDANTS**

## ORDER

Defendants' motions to extend time to file dispositive motions [Doc. Nos. 31, 33, 35] and motion for leave to file a reply [Doc. No. 39] are granted. The deadline for filing dispositive motions is now August 5, 2019.

Johnny Banks's motion to extend time for discovery to take the deposition of defendants' expert witnesses [Doc. No. 34] is granted, and the deadline for doing so is now July 29, 2019.

IT IS SO ORDERED this 19th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE