ASP Photos of Banks' Residence











Ex. C 141



Ex. C 142



Ex. C 143







Ex. C 146







