Ex. C 154

# ASP Photos of Shelby Hawkins' Injuries





