ASP Photos of Banks' Door Sign



Ex. C 165

