**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JOHNNY BANKS**                                                                                   **PLAINTIFF**

**V.**                           **CASE NO. 4:18CV00259BSM**

**SHELBY HAWKINS; CITY OF
SHANNON HILLS**                                                                      **DEFENDANTS**

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND
STATEMENT OF UNDISPUTED MATERIAL FACTS OR IN THE ALTERNATIVE
MOTION TO EXTEND THE DEADLINE FOR RESPONDING TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXTEND DEFENDANTS'
DEADLINE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

COME, Defendants Shelby Hawkins and City of Shannon Hills, by and through counsel, Sara Monaghan, and for their Motion to Strike Plaintiff's Second Statement of Undisputed Material Facts or in the Alternative Motion to Extend the Deadline for Responding to Plaintiff's Motion for Summary Judgment and Motion to Extend Defendants' Deadline to File a Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment, state:

1. The current dispositive motion deadline in the present case was August 13, 2019.

2. On August 13, 2019, the Plaintiff filed a Motion for Summary Judgment, a Brief in Support and a Statement of Undisputed Material Facts [Doc. 51].

3. On August 19, 2019, the Plaintiff filed a second Statement of Undisputed Material Facts [Doc. 55] out of time without showing good cause and without the court's consent as required by Federal Rule of Civil Procedure 16, and therefore, Plaintiff's Second Statement of Undisputed Material Facts [Doc. 55] should be stricken from the record.

4. In the alternative, should the court deny Defendants' Motion to Strike Plaintiff's Second Statement of Undisputed Material Facts, Defendants request an extension of time to

respond to Plaintiff's Motion for Summary Judgment and Brief in Support until September 2, 2019, which would be the deadline to respond to the Plaintiff's Second Statement of Undisputed Material Facts.

5. Further, undersigned counsel currently has a response to a motion for summary judgment due in Case No. 2:18cv2163PKH, and two answers due on two new case assignments, and therefore the Defendants request an extension of time to file their reply to Plaintiff's Response to Defendants' Motion for Summary Judgment to September 2, 2019.

WHEREFORE, Defendants respectfully request that their Motion be granted and for all other just and proper relief to which there is entitlement.

                Respectfully submitted,

BY:   Sara Monaghan
        Ark. Bar No. 2005276
        Attorneys for Defendants
        P.O. Box 38
        North Little Rock, AR 72115
        TELEPHONE: 501-978-6122
        FACSIMILE: 501-537-7262
        EMAIL: smonaghan@arml.org