# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

**JOHNNY BANKS**                                                            **PLAINTIFF**

**VS.**                     **CASE NO. 4:18CV00259 BSM**

**SHELBY HAWKINS, in his individual capacity,**
**et al.**                                                           **DEFENDANTS**

## DEFENDANTS' NOTICE OF FILING EXHIBIT CONVENTIONALLY

Come now, Defendants, the City of Shannon Hills, Arkansas (hereinafter, "the City") and Officer Shelby Hawkins (hereinafter, "Ofc. Hawkins") in his individual capacity, by and through their counsel, Sara Monaghan, and for their Notice of Filing Exhibit Conventionally, state:

1. Defendants filed a Motion for Summary Judgment on September 3, 2019.

2. Exhibit 1 to Defendants' Reply to Response to Motion for Summary Judgment [Doc. 61] and Exhibit 4 to Defendants' Response to Plaintiff's Statement of Undisputed Material Facts [Doc. 62] each consist of a 911 audio file from Saline Co. Emergency Management. Defendants are sending copies of said exhibit to the Court, via hand delivery, for conventional filing with the clerk's office.

                                                                         Respectfully submitted,

                                  BY:    Sara Monaghan
                                                Ark. Bar No. 2005276
                                                Attorneys for Defendants
                                                P.O. Box 38
                                                North Little Rock, AR 72115
                                                TELEPHONE: 501-978-6122
                                                FACSIMILE: 501-537-7262
                                                EMAIL: smonaghan@arml.org