IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHNNY BANKS**                                                                              **PLAINTIFF**

**V.**                               **CASE NO. 4:18CV00259BSM**

**SHELBY HAWKINS; CITY OF**
**SHANNON HILLS**                                                       **DEFENDANTS**

## DEFENDANT SHELBY HAWKINS'S NOTICE OF INTERLOCUTORY APPEAL

COMES, Defendant Shelby Hawkins, by and through counsel, Sara Monaghan, and for his Notice of Appeal, state:

Notice is hereby given that Defendant Shelby Hawkins, hereby appeals to the United States Circuit Court of Appeals for the Eighth Circuit from the Order entered in this matter on the 26th day of September, 2019, granting in part and denying in part Defendants' Motion for Summary Judgment, which was premised upon, amongst other defenses, qualified immunity as to Plaintiff's federal excessive force claim. This appeal is taken pursuant to *Mitchell v Forsyth,* 472 U.S. 511 (1985) and *Ashcroft v. Iqbal*, 556 U.S. 662, 671 (2009), which allows for the taking of an interlocutory appeal after denial of motion for summary judgment premised on, *inter alia*, qualified immunity.

Respectfully submitted,

*Sara Monaghan*
SARA MONAGHAN
Ark. Bar No. 2005276
Attorneys for Defendants
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6122
FACSIMILE: 501-537-7262
EMAIL: smonaghan@arml.org