# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 9/27/2019

**Caption:** Banks v. Hawkins et al

**Case No.:** 4:18-cv-00259-BSM

**Appellant:** Shelby Hawkins

**Appellant's Attorney(s):** Sara Monaghan

**Appellees:** Johnny Banks

**Appellee's Attorney(s):** John W. Walker, Shawn Garrick Childs

**Court Reporter(s):** N/A

**Name of Person who prepared appeal:** Crystal Newton, Deputy Clerk 501-604-5355

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | Y | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | Y* |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

Please list all other defendants in this case if there were multiple defendants:
_____

**Special Comments:** *DE #70 Motion in Limine, #73 Motion to Stay