IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY BANKS                                                                                    PLAINTIFF

VS.                                        CASE NO. 2:18CV00259BSM

SHELBY HAWKINS, ET AL.                                                              DEFENDANTS
-

## Plaintiff's Opposition to Defendants' Motion to Stay the Amended Scheduling Order

Plaintiff opposes the Motion to Stay the Amended Scheduling Order.

1. On September 27, 2019, defendants filed Notice of Appeal of the Court's Order dated September 25, 2016.

2. After the defendants filed Notice of Appeal, they filed a Motion to Stay the Amended Scheduling Order in this court.

3. The Motion to Stay is inappropriate.

4. Defendants did not cite any authority for its Motion.

5. The district's court's Order was not immediately appealable pursuant to *Johnson v. Jones, 515 U.S. 304, 311, 316 (1995); Thomas v. Talley, 251 F.3d 743, 746 (8th Cir. 2001); Swint v. Chambers Co. Commission, 514 U.S. 35, 42 (1995).*

6. Defendants did not set forth a reason for staying the Order. They only informed the Court that they had filed a Notice of Interlocutory Appeal.

7. By first filing Notice of Appeal with the court clerk, the defendants

may have prejudiced this Court from acting on their Motion to Stay the amended scheduling order.

8. There is no automatic entitlement by a defendant to an appeal where the Court has held that "when the parties dispute the officer's reasonableness in using force, qualified immunity for the officer's use of force is inappropriate" citing *Craighead v. Lee* 399 F 3rd 954, 963 (8th Cir. 2005.

9. Because the defendants cite neither legal authority nor a factual basis or other good cause or necessity for stay pending appeal in this case, there is no basis for the district court to grant defendants' motion for the requested stay.

Respectfully submitted,

John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758
501-374-4187 (facsimile)

/s/ John W. Walker - #64046