IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY BANKS                                                              PLAINTIFF

VS.                                   CASE NO. 4:18cv00259BSM

SHELBY HAWKINS, ET AL.                                          DEFENDANTS
-

**Plaintiff's Supplemental Opposition to Defendants'
Motion to Stay the Amended Scheduling Order and for
Dismissal of Defendants' Notice of Appeal as Premature**

On September 27, 2019, defendants filed an Interlocutory Notice of Appeal of the Court's Order dated September 25, 2019.  Plaintiff opposes the Defendants' Motion for Stay of Amended Scheduling Order.  In support of Plaintiff's opposition, there were three cases cited for the proposition that the district Court's Order "was not immediately appealable." para. 5. Plaintiff now supplements his opposition to Defendants' Motion.

There is no legal argument available to Defendants at this point whereby the Court of Appeals has jurisdiction to determine the factual issues before the Court. *Thompson v. Murry, 800 F. 3d 797 (8th Cir. 2015)* is a case directly on point. The Court of Appeals dismissed the defendant officer's request for an interlocutory appeal for "lack of jurisdiction to review the district court's determination regarding evidence sufficiency, i.e., what facts a party may or may not be able to prove at trial." The Court cited as we did earlier *Johnson v. Jones, 515 U.S. 304, 313 (1995).*  Defendants are thus

"constrained" by the district court's version of the facts. *Ellison v Lesher, 796 F. 3d 910, 913.*

WHEREFORE, plaintiff moves that Defendants' Motion for a Stay of the Amended Scheduling Order be denied; and that defendants be further denied a stay pending appeal to the Court of Appeals. The Notice of Appeal should also be denied.

    Respectfully submitted,

    John W. Walker, P.A.
    1723 Broadway
    Little Rock, Arkansas  72206
    501-374-3758
    501-374-4187 (facsimile)

    /s/ John W. Walker - #64046