# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHNNY BANKS**                                                                      **PLAINTIFF**

**v.**                          **CASE NO. 4:18-CV-00259 BSM**

**SHELBY HAWKINS;**
**CITY OF SHANNON HILLS**                                    **DEFENDANTS**

## ORDER

Shelby Hawkins's motion to stay [Doc. No. 73] is granted and the proceedings are stayed until the Eighth Circuit issues its mandate on Hawkins's interlocutory appeal because jurisdiction was divested herein once the notice of interlocutory appeal was filed.

IT IS SO ORDERED this 30th day of September 2019.

                                                               *[signature]*
                                                  UNITED STATES DISTRICT JUDGE