IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY BANKS**                                                                                          **PLAINTIFF**

v.                                        **CASE NO. 4:18-CV-00259-BSM**

**SHELBY HAWKINS,** *et al.*                                                              **DEFENDANTS**

## ORDER

The clerk is directed to lift the stay [*see* Doc. No. 80] because the Eighth Circuit has affirmed my order denying Hawkins's motion for summary judgment on Banks's excessive force claim, and the United States Supreme Court has denied a petition for a writ of certiorari. Doc. Nos. 84, 94. Trial will begin on March 13, 2023, in Little Rock Courtroom #2D. Motions in limine, jury instructions, and statements of the case are due by March 3, 2023. Counsel are directed to file a statement indicating whether they agree to a six member jury by March 8, 2023.

IT IS SO ORDERED this 14th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE