IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY BANKS**                                                                                  **PLAINTIFF**

v.                                              **CASE NO. 4:18-CV-00259-BSM**

**SHELBY HAWKINS,** *et al.*                                                                 **DEFENDANTS**

## ORDER

Plaintiff's motion *in limine* [Doc. No. 70], defendant's motion *in limine* [Doc. No. 109], and defendants' motion to strike plaintiff's pretrial disclosure sheet [Doc. No. 107] are denied.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE