# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHNNY BANKS**                                                                                       **PLAINTIFF**

**v.**                                    **CASE NO. 4:18-CV-00259-BSM**

**SHELBY HAWKINS**                                                                                  **DEFENDANT**

## ORDER

Based on the jury's answers to the special interrogatories and the record made during the jury instructions conference, it is hereby determined that Shelby Hawkins is immune from suit because the force he deployed against Johnny Banks on the night of February 17, 2017 was objectively reasonable under the particular circumstances.

This is a very difficult determination to make because Johnny Banks did nothing to deserve being shot; he simply opened his front door. But, the legal question is not whether Banks did anything wrong; it is whether a reasonable officer in the position of Hawkins would have believed he was in imminent danger at the time he shot Banks. Based on the record that has now been made, the answer to that question is yes.

Qualified immunity was denied at the summary judgment stage because it was found that there were disputed issues of fact that required a jury determination, *see* Doc. No. 71, and a split panel of the Eighth Circuit Court of Appeals affirmed, Doc. No. 84. In its opinion, the Eighth Circuit set forth a number of disputed issues that required a jury determination. Yesterday, after five days of trial, the jury failed to reach a unanimous decision on the issue of liability and therefore a hung jury was declared. The jury, however,

returned special interrogatories unanimously agreeing on every key factual dispute bearing on the issue of qualified immunity. *See* Doc. No. 150.

When the record of the jury instructions conference and the interrogatory answers are matched with the issues of dispute provided by the Eighth Circuit, it is clear that qualified immunity attaches. Banks's excessive force claim against Hawkins is therefore dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2023.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE