IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY BANKS**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　CASE NO. 4:18-CV-00259-BSM

**SHELBY HAWKINS**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE